

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00573-CV

**IN RE** Dr. David Saul **MORA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: September 4, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On August 26, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2004-CVG-000266-CR, styled *In the Interest of A.S.M. & C.J.M., Children*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Susan D. Reed presiding.